| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christine E. Lulenski** | Social Security number or ITIN **xxx–xx–7270** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number: **8–18–74056–las** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Allan B. Mendelsohn (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Louis A. Scarcella  
United States Bankruptcy Judge

Dated: September 17, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]